IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHEYENNE HESS,

      Appellant,

v.                              Case No.    5D22-185
                                     LT Case No. 2016-DR-011408-O

SUNDAY LYNN HESS,

      Appellee.
_____/

Decision filed December 6, 2022

Appeal from the Circuit Court
for Orange County,
Diana M. Tennis, Judge.

Tanya S. White, of TW Law Group,
PLLC, Winter Park, for Appellant.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.


COHEN, TRAVER and NARDELLA, JJ., concur.